544

No. 729.  LOMAX v. TEXAS.  Argued May 1, 1941.  Decided May 5, 1941.  *Per Curiam:* The judgment is reversed.  *Chambers* v. *Florida*, 309 U. S. 227; *White* v. *Texas*, 310 U. S. 530.  *Mr. F. S. K. Whittaker* for petitioner.  *Messrs. Geo. W. Barcus*, Assistant Attorney General of Texas, and *Lloyd Davidson,* with whom *Mr. Gerald C. Mann,* Attorney General, was on the brief, submitted for respondent.

No. 827.  ODOM ET AL. v. UNITED STATES.  May 5, 1941.  *Per Curiam:* The Solicitor General having confessed error, the motion for leave to proceed *in forma pauperis* is granted, the petition for writ of certiorari is granted, the judgment is reversed, and the cause is remanded to the District Court for further proceedings.  *Mr. Hall Etter* for petitioners.

No. 934.  NORTHWEST LINSEED CO. v. MINNESOTA.  May 5, 1941.  *Per Curiam:* The motion to dismiss is granted, and the appeal is dismissed for want of a substantial federal question.  *Euclid* v. *Amber Realty Co.*, 272 U. S. 365; *Fischer* v. *St. Louis*, 194 U. S. 361; *Pierce Oil Corp.* v. *City of Hope*, 248 U. S. 498.  *Mr. Josiah E. Brill* for appellant.  *Messrs. R. S. Wiggin* and *John F. Bonner* for appellee.

No. 54.  BERNARDS ET AL. v. JOHNSON ET AL.; and Nos. 133 and 134.  LISENBA v. CALIFORNIA.  See *post,* 597.